# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **LATONYA JONES, and IRIS DELGADO,** § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | **Case No. 1:16-cv-626-RP** |
| § | |
| **EZCORP, INC., Texas EZMONEY, L.P.,** § | |
| **and Texas EZPAWN, L.P.** § | **JURY TRIAL DEMANDED** |
| § | |
| *Defendants.* § | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Latonya Jones and Iris Delgado and Defendants EZCorp, Inc., Texas EZMoney, L.P., and Texas EZPawn, L.P. hereby stipulate to the dismissal of Plaintiffs' claims without prejudice, with each party to bear their own fees, expenses and costs.

Dated: May 18, 2016

*/s/ Bryant Fitts*
FITTS LAW FIRM, PLLC
Bryant Fitts
Texas Bar No. 24040904
bfitts@fittslawfirm.com
2700 Post Oak Blvd., Suite 1120
Houston, Texas 77056
Phone (713) 871-1670
Fax (713) 583-1492

COUNSEL FOR PLAINTIFFS

*/s/ Derek Quick*
STRASBURGER & PRICE, LLP
Marc F. Kirkland
TX Bar #24046221
2801 Network Boulevard, Suite 600
Frisco, TX 75034
Telephone: (469) 287-3946
Facsimile: (469) 227-6575
marc.kirkland@strasburger.com
Derek Quick
TX Bar #24072471
720 Brazos Street, Suite 700
Austin, Texas 78701-2974
Telephone: 512.499.3600
Facsimile: 512.499.3660
derek.quick@strasburger.com

COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I do hereby certify that on this the 18th day of May, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

/s/ Bryant Fitts
Bryant Fitts