IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LATONYA JONES and IRIS DELGADO, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:16-cv-626-RP |
| EZCORP, INC., TEXAS EZMONEY, L.P., and TEXAS EZ PAWN, L.P., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the parties' joint Stipulation of Dismissal without Prejudice, filed May 18, 2017, (Dkt. 22). By way of the stipulation, the parties agree to voluntarily dismiss all remaining claims asserted in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing dismissal of an action by the filing of a stipulation of dismissal signed by all parties who have made an appearance).

The joint Stipulation for Dismissal without Prejudice is hereby **ADOPTED.** Accordingly, **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITHOUT PREJUDICE.** All parties are to bear their own costs and fees. The Clerk's Office is directed to close the case.

**SIGNED** on June 8, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE